UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

        Plaintiff,

v.

CEDRIC JACKSON,

        Defendant.

CR12-330 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendant's motion for a stay of proceedings, docket no. 77, is GRANTED as follows. Defendant's motion for reconsideration, docket no. 74, which was treated as a renewed motion for compassionate release, *see* Minute Order at ¶ 1 (docket no. 75), is STRICKEN without prejudice to defendant filing another motion for compassionate release after exhausting his administrative remedies.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record and to defendant pro se.

Dated this 4th day of May, 2022.

                                        Ravi Subramanian
                                        Clerk

                                        s/Gail Glass
                                        Deputy Clerk

MINUTE ORDER - 1