UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

CEDRIC JACKSON,

Defendant.

CR12-330 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)     On or before June 23, 2026, at 12:00 p.m., the parties shall each file a brief not to exceed five pages in length that addresses the following issue:

Whether a court may find that a defendant violated a condition of supervised release or revoke supervised release and/or impose judgment if the defendant exercises his Fifth Amendment right to remain silent during an evidentiary hearing on alleged violations of supervised release while related state charges are pending.

No response brief shall be filed unless ordered by the Court.

(2)     The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 18th day of June, 2026.

Joshua C. Lewis
Clerk

s/Grant Cogswell
Deputy Clerk

MINUTE ORDER - 1